```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )
                                   ) CR. No. S-11-464 JAM
11            Plaintiff,           )
                                   )
12       v.                        ) STIPULATION AND ORDER
                                   ) CONTINUING STATUS CONFERENCE
13  OSCAR VILLAR-MENDEZ,           ) AND EXCLUDING TIME
                                   )
14            Defendant.           )
                                   )
15                                 )
                                   )
16  _____ )
```

17      The parties request that the status conference in this case
18 currently scheduled for January 3, 2012 be continued to January
19 17, 2012 at 9:30 a.m.  They stipulate that the time between
20 January 3, 2012 and January 17, 2012 should be excluded from the
21 calculation of time under the Speedy Trial Act.  The parties
22 stipulate that the ends of justice are served by the Court
23 excluding such time, so that counsel may have reasonable time
24 necessary for effective preparation, taking into account the
25 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The
26 parties are in the process of gathering additional facts relevant
27 to a potential defense and the anticipated resolution of this
28 case.  This continuance is necessary for further work by both

1

```
 1  parties on this and other pretrial and trial issues.  The parties
 2  stipulate and agree that the interests of justice served by
 3  granting this continuance outweigh the best interests of the
 4  public and the defendant in a speedy trial.  18 U.S.C.
 5  §(7)(B)(iv).
 6  Dated:  December 14, 2011           Respectfully submitted,
 7                                      BENJAMIN B. WAGNER
                                        United States Attorney
 8
 9                                      /s/ Michele Beckwith
                                   By:  Michele Beckwith
10                                      Assistant U.S. Attorney
11  Dated: December 14, 2011
12                                      /s/ Douglas J. Beevers
                                        DOUGLAS J. BEEVERS
13                                      Attorney for Defendant
14
15
16
17
18
19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////
```

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 3, 2012, at 9:30 a.m. be continued to January 17, 2012, at 9:30 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the January 17, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: December 14, 2011

/s/ John A. Mendez
Hon. John A. Mendez
U.S. DISTRICT COURT JUDGE