```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OSCAR VILLAR-MENDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR VILLAR-MENDEZ,<br><br>　　　　Defendant. | No. CR-S-11-464 JAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:　February 14, 2012<br>Time:　9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　The parties request that the status conference in this case be continued from January 31, 2012, to February 14, 2012 at 9:30 a.m. They stipulate that the time between January 31, 2012 and February 14, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant

in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: January 30, 2012          Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
OSCAR VILLAR-MENDEZ

Dated: January 30, 2012          BENJAMIN B. WAGNER
United States Attorney

*/s/ Michele Beckwith*

Michele Beckwith
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 31, 2012, be continued to February 14, 2012, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the February 14, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: January 30, 2012          /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

Stip and Order                    -2-