```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OSCAR VILLAR-MENDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-S-11-464 JAM |
| ) Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| OSCAR VILLAR-MENDEZ ) | Date:  March 6, 2012 |
| ) Defendant. ) | Time:  1:30 p.m. Judge: Hon. John A. Mendez |
| _____ ) | |

The parties request that the status conference in this case be continued from February 28, 2012, to March 6, 2012 at 1:30 p.m.  They stipulate that the time between February 28, 2012 and March 6, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, defense counsel is unavailable for the present date due to an unforseen family emergency. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

U.S.C. § 3161(h)(7)(B)(iv).

Dated: February 23, 2012              Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      */s/ Douglas Beevers*

                                      DOUGLAS BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      OSCAR VILLAR-MENDEZ

Dated: February 23, 2012              BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Michele Beckwith*

                                      Michele Beckwith
                                      Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 28, 2012, be continued to March 6, 2012, at 1:30 p.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the March 6, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: 2/24/2012                      /s/ John A. Mendez
                                      Hon. John A. Mendez
                                      United States District Court Judge

Stip and Order                        -2-